UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>             Plaintiff,<br><br>      vs.<br><br>A. KING, et al.,<br><br>             Defendants. | 1:15-cv-00024-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON JULY 7, 2015<br>(ECF No. 11.)<br><br>THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT |

**I.      BACKGROUND**

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 7, 2015. (ECF No. 1.)

On July 7, 2015, the court entered findings and recommendations to dismiss this case for Plaintiff's failure to state a claim, based on Plaintiff's failure to file an amended complaint pursuant to the court's order of May 27, 2015. (ECF No. 11.) On July 30, 2015, Plaintiff filed objections to the findings and recommendations. (ECF No. 12.) Plaintiff claims that on May 29, 2015, he received the court's May 27, 2015 order and submitted an amended complaint to the court two days later.

## II. DISCUSSION

Plaintiff claims that he sent the amended complaint from Coalinga State Hospital on May 31, 2015. However, there is no evidence on the court's record that the court received the amended complaint. Therefore, good cause appearing, the court shall vacate the findings and recommendations of July 7, 215 and allow Plaintiff thirty days in which to re-submit the amended complaint.

## III. CONCLUSION

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on July 7, 2015, are VACATED;
2. Plaintiff is GRANTED thirty days from the date of service of this order in which to file an amended complaint pursuant to the court's order of May 27, 2015; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:   **August 4, 2015**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE